

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,177-01

### IN RE MATTHEW POWELL, CRIMINAL DISTRICT ATTORNEY OF LUBBOCK COUNTY, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 2016-485,590
### IN THE COUNTY COURT AT LAW NUMBER ONE
### FROM LUBBOCK COUNTY

*Per curiam*.

## O R D E R

Relator filed a petition for a writ of mandamus in this Court, invoking our constitutional authority to issue writs of mandamus in criminal law matters. TEX. CONST. art. V, § 5. The petition requests that we issue a writ of mandamus in the underlying case, requiring the county court judge to rescind his order allowing the defendant copies of discovery. TEX. CODE CRIM. PROC. art. 39.14(f). Relator did not pursue relief in the appellate court, citing a case from the Texarkana Court of Appeals concluding that the appellate courts do not have statutory mandamus jurisdiction over statutory county courts. *In re Meyer*, 482 S.W.3d 706 (Tex. App.—Texarkana 2016).

The respondent, the Judge of the County Court at Law Number One for Lubbock County, is invited to file a response with this Court. The real party in interest, Ellen Wilson, may also submit a response.

The petition for writ of mandamus will be held in abeyance so the parties may respond. Any responses shall be submitted within 30 days of the date of this order.

Filed: June 22, 2016
Do not publish